# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SNYDER, <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE COUNTY, et al., <br><br> Defendants. | Case No. ED CV 15-817-DSF (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) defendants' Motion for Summary Judgment (docket no. 58) is granted; (2) plaintiff's request for leave to file a Sur-Reply (docket no. 82) is denied; (3) plaintiff's request for additional discovery, which was effectively made under Rule 56(d) (not Rule 56(f) as stated in the Report) is denied; (4) plaintiff's request to add defendants to this action is denied as futile; (5) plaintiff's motion to appoint a neutral medical expert and plumbing expert

witness (docket no. 81) is denied as moot; and (6) Judgment will be entered dismissing the Complaint and this action with prejudice.

DATED: 5/21/18

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE