JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA SNYDER,  ) Case No. ED CV 15-817-DSF (SP)
      Plaintiff, )
      v.  ) **JUDGMENT**
RIVERSIDE COUNTY, et al., )
      Defendants. )

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: 5/21/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE